UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- X
                                                 :

UNITED STATES OF AMERICA,          :

                                                 :            No. 10 Cr. 910 (JSR)

        – against –                           :

                                                 :            **NOTICE OF APPEARANCE**

THEAROD WATSON,                    :

                                                 :

                     Defendant.          :
------------------------------------------- X

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

       Please enter my appearance as counsel in this case for Defendant Thearod Watson.  I certify that I am admitted to practice before this Court.

Dated: New York, New York
        August 14, 2013

                                                          /s/ Karen E. Abravanel
                                                          Karen E. Abravanel
                                                          Sullivan & Worcester LLP
                                                          1633 Broadway, 32nd Floor
                                                          New York, New York 10019
                                                          Telephone: (212) 660-3000
                                                          Facsimile: (212) 660-3001
                                                          kabravanel@sandw.com

## **CERTIFICATE OF SERVICE**

I certify that on August 14, 2013, I served a true and correct copy of the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record for all parties.

Dated: New York, New York
August 14, 2013

/s/ Karen E. Abravanel
Karen E. Abravanel