**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

United States District Court

<u>Southern</u> District of <u>New York</u>

U.S. DISTRICT COURT FILED AUG 16 2013 D.S. S.D. OF N.Y.

Caption:

<u>United States of America</u> v.

<u>Thearod Watson</u>

Docket No.: <u>10-CR-910 (JSR)</u>
<u>Rakoff</u>
(District Court Judge)

Notice is hereby given that <u>Thearod Watson</u> appeals to the United States Court of Appeals for the Second Circuit from the judgment ____, other [✓] <u>order dated July 31, 2013 (Dkt. No. 48)</u> (specify) entered in this action on <u>August 2, 2013</u> (date)

This appeal concerns: Conviction only [__]   Sentence only [✓]   Conviction & Sentence [__]   Other [__]

Defendant found guilty by plea [✓]   trial [ ]   N/A [ ]

Offense occurred after November 1, 1987?   Yes [✓]   No [ ]   N/A [ ]

Date of sentence: <u>May 1, 2011</u>   N/A [ ]

Bail/Jail Disposition: Committed [✓]   Not committed [ ]   N/A [ ]

Appellant is represented by counsel? Yes [✓]   No [ ]   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Harry H. Rimm, Sullivan & Worcester LLP |
| Counsel's Address: | 1633 Broadway, 32nd Floor |
| | New York, NY 10019 |
| Counsel's Phone: | (212) 660-3000 |
| Assistant U.S. Attorney: | Michael Ferrara, U.S. Attorney's Office |
| AUSA's Address: | One St. Andrew's Plaza |
| | New York, NY 10007 |
| AUSA's Phone: | (212) 637-2526 |

*[Signature]*
Signature