**CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B**

**TO BE COMPLETED BY ATTORNEY:**

**CASE NAME:** _____ v.

_____

**DOCKET NUMBER:** _____

**COUNSEL'S NAME:** _____

**COUNSEL'S ADDRESS:** _____

_____

**COUNSEL'S PHONE:** _____

**QUESTIONNAIRE**

[___]  I am ordering a transcript.

[___]  I am not ordering a transcript.  Reason: [___] Daily copy available  [___] U.S. Atty. placed order
[___] Other (attach explanation)

**TRANSCRIPT ORDER**  **There was no hearing on the motion and there is no transcript.**

Prepare transcript of

[___]  Pre-trial proceedings:_____
(Description & Dates)

[___]  Trial:_____
(Description & Dates)

[___]  Sentencing:_____
(Description & Dates)

[___]  Post-trial proceedings:_____
(Description & Dates)

I, _____, hereby certify that I will make satisfactory arrangements with
(counsel's name)

the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment: [___] Funds    [___] CJA Form 24

_____        _____
Counsel's Signature                                                                          Date

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

**ACKNOWLEDGMENT**

Date order received: _____        Estimated Number of Pages: _____

Estimated completion date: _____

_____        _____
Court Reporter's Signature                                                                   Date

**After filling out the "To Be Completed by Attorney" section, counsel should submit the original to the U.S. District Court and copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.**